IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| STEVEN LEE BASS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:20-CV-231-CLS |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Pursuant to the Order Remanding the Administrative Decision filed in this matter, it is **ORDERED** that the above-captioned matter is remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security Administration for further administrative proceedings before an Administrative Law Judge. The clerk is directed to close this case.

**IT IS SO ORDERED.**

SIGNED this the 23rd day of August, 2022.

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE